**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NANCY HARVEY, on behalf of
Herself and all others similarly
situated,

    Plaintiff,

v.                                             Case No. 3:19-cv-640-J-32JRK

THE HAMMEL & KAPLAN
COMPANY, LLC,

    Defendant.

## O R D E R

It has come to the Court's attention that a recent Eleventh Circuit case regarding class action settlements, Johnson v. NPAS Sols., LLC, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020), may affect the proposed settlement and schedule in this case.[1] Thus, no later than **October 2, 2020**, the Court requests that the parties file a joint statement regarding how the Eleventh Circuit's decision impacts the parties' Class Action Settlement Agreement and Release (Doc. 40-1) and the Court's Preliminary Approval Order of August 27, 2020 (Doc. 41).

---

[1] The Court notes the mandate has not yet issued.

**DONE AND ORDERED** in Jacksonville, Florida the 25th day of September, 2020.

*[Signature]*

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record