**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NANCY HARVEY, on behalf of
Herself and all others similarly
situated,

    Plaintiff,

v.                                                                             Case No. 3:19-cv-640-J-32JRK

THE HAMMEL & KAPLAN
COMPANY, LLC,

    Defendant.

## **O R D E R**

On August 27, 2020, the Court issued an Order preliminarily approving the settlement in this class action and providing a schedule for settlement approval. (Doc. 41). The Final Approval Hearing was originally set for November 17, 2020, but the Court must reschedule it due to a trial conflict.

The Final Approval Hearing on the certification of the settlement class, fairness and reasonableness of the Class Action Settlement Agreement (Doc. 40-1), whether final approval shall be given to it, consideration of any objections, and Class Counsel's request for attorneys' fees and expenses will be held on **November 23, 2020 at 2:00 p.m.** in Courtroom 10D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville,

Florida 32202.[1] Plaintiff's Counsel shall provide notice to the class of the new hearing date.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of October, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

2