UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-CV-00640-TJC-JRK

NANCY HARVEY, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

THE HAMMEL & KAPLAN COMPANY
LLC d/b/a HOSPITAL LIEN STRATEGIES,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff and proposed Class Representative Nancy Harvey ("Plaintiff"), by and through undersigned counsel, and pursuant to this Court's Order entered October 29, 2020 [D.E. 46], hereby files this Notice of Compliance confirming that the undersigned counsel has mailed an amended Notice to all class members on November 3, 2020. A copy of the Notice mailed to the class is attached hereto as Exhibit A.

Respectfully submitted 4th day of November, 2020.

**VARNELL & WARWICK, P.A.**

By: /s/ Brian W. Warwick
    Brian W. Warwick
    Florida Bar No.: 0605573
    Janet R. Varnell
    Florida Bar No.: 0071072
    1101 E. Cumberland Avenue
    Suite 201H, #105
    Tampa, FL 33602

CASE NO. 3:19-CV-00640-TJC-JRK

Telephone: (325) 753-8600
Facsimile: (352) 504-3301
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
awallace@varnellandwarwick.com

Kristopher M. Nowicki, Esq.
knowicki@nooneyandroberts.com
**THE LAW OFFICE OF NOONEY & ROBERTS**
1680 Emerson Street
Jacksonville, Florida 32207
Telephone: (904) 309-8613

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Alan D. Lash
Florida Bar No. 510904
alash@lashgoldberg.com
Michael L. Ehren
Florida Bar No.: 0043768
mehren@lashgoldberg.com
Lash & Goldberg LLP
Suite 1200, Miami Tower
100 Southeast Second Street
Miami, Florida 33131-2100
Tel: (305) 347-4040
Fax: (305) 347-4050
*Attorneys for Defendant*

/s/ Brian W. Warwick
Brian W. Warwick