# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-CV-00640-TJC-JRK

NANCY HARVEY, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

THE HAMMEL & KAPLAN COMPANY
LLC d/b/a HOSPITAL LIEN STRATEGIES,

    Defendant.

_____

## DECLARATION OF BRIAN W. WARWICK
_____

I, Brian W. Warwick, declare as follows:

1.    I have personal knowledge of the facts stated in this declaration and can competently testify to the same. This declaration is being filed in support of Plaintiff's Motion for Final Approval of the Class Action Settlement Agreement in the above-captioned matter.

2.    Pursuant to the Notice sent to the proposed Class, all class members wishing to opt out of the proposed settlement were to mail notice of their intent to do to my office by October 30, 2020. [D.E. 39-1].

3.    As of the filing of this Declaration, my office has not received any objections or exclusions from any class member. On September 28, 2020 and November 13, 2020, I received telephone calls from two class members requesting clarification of the settlement terms. To the best of my knowledge, those class members are satisfied with the settlement and did not express an intention to object or to be excluded from the proposed class.

I declare under penalty of perjury of the state of Florida that the foregoing is true and correct to the best of my knowledge, and that I could competently testify to these facts if called as a witness.

Executed in Tampa, Florida.

Dated: November 13, 2020.

_____
Brian W. Warwick