**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NANCY HARVEY, on behalf of
Herself and all others similarly situated,

    Plaintiff,

v.                                        Case No. 3:19-cv-640-J-32JRK

THE HAMMEL & KAPLAN COMPANY, LLC,

    Defendant.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy:   Marielena Diaz
Court Reporter:   Shannon Bishop

<u>Counsel for plaintiff</u>:                   <u>Counsel for defendant</u>:
Brian Warwick                           Michael Ehren

### CLERK'S MINUTES

PROCEEDINGS:   Telephone Hearing re: Unopposed Motion for Final Approval of Class Action Settlement and Unopposed Motion for Attorneys' Fees scheduled (Docs. 44 and 49)

- Order to enter.

DATE:   <u>November 23, 2020</u>             TIME:   <u>2:34 p.m. – 2:54 p.m.</u>